Sonn, Respondent, vs. Koch and another, Appellants.

For the appellants: *Stephens, Sletteland & Sutherland* of Madison.

For the respondent: *Sawyer & Gehl* of Hartford.

*By the Court.*—Judgment affirmed.

Rozic (Jacob), Appellant, vs. Milwaukee Electric Railway & Light Company, Respondent.
Rozic (Mary), Appellant, vs. Milwaukee Electric Railway & Light Company, Respondent.

For the appellants: *Cannon & Waldron* of Milwaukee.

For the respondent: *Shaw, Muskat & Sullivan* of Milwaukee.

*By the Court.*—Judgment affirmed.